JOHN J. O'NEILL, Respondent, *v.* SEGLIN CONSTRUCTION COMPANY, INC., et al., Appellants, and HENRY CIAFARDONI et al., Respondents.

Argued January 20, 1937; decided March 9, 1937.

*William F. McNulty, Harold R. Medina* and *John W. Jordan* for Standard Accident Insurance Company, appellant.

*Harry J. Halperin* for Seglin Construction Company, Inc., appellant.

*Samuel Gottlieb, Francis T. Nolan, Edward M. Swinburne* and *James J. Dooling* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.